UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, :

            Plaintiff, :

    v. :

Brenda Snider, :    COURT NO: 3:01CV00991 (JBA)

            Defendant, :

            and :
Stew Leonard's
Karen Mazeko, Human Resources :
100 Westport Ave.,
Norwalk, CT 06851 :

            Garnishee. :

FILED
Oct 16  4 02 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### ANSWER OF THE GARNISHEE

I, __Karen Mazako__, BEING DULY SWORN DEPOSES AND SAYS:
   (affiant)

   IF GARNISHEE IS AN INDIVIDUAL:

   That he/she is Garnishee herein doing business in the name of _____.
   state full name and address of business

   IF GARNISHEE IS A PARTNERSHIP:

   That he/she is a member of the Garnishee's partnership

   IF GARNISHEE IS A CORPORATION:

   That he/she is the _____ of Garnishee, a
                   (state official title)

corporation, organized under the laws of the State of _____

   on __October 3__, 2003 Garnishee was served with the Writ of Garnishment.

The Garnishee has the following objections, defenses or setoffs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's Claim: _____

_____

** Check 1 and/or 2 if applicable**

_____ 1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Brenda Snider,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____ 2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on ___October 14, 2003___ at
                                    (date)

_670 Boston Post Rd. Unit #13 Milford Ct. 06460_
(state street address, city, state and zip code)

or hand delivered to _____
                     (state actual address of where it was hand
                     delivered)

on _____
   (date)

_____Karen Mazzeo_____
        (Affiant's signature)

Subscribed and sworn to before me this 14th day of October ,

2

20<u>03</u>.

_____
<u>Notary Public</u>

My Commission expires: 3/21/05

The *Original Answer* must be mailed to:

> United States District Court
> Office of the Clerk
> 141 Church Street
> New Haven, Connecticut  06510

Mail the check (made payable to the **Department of Justice**) and a **copy** of this Answer to:

> United States Attorney
> Connecticut Financial Center
> 157 Church Street
> New Haven, Connecticut 06510
> Attn:  Financial Litigation Unit