UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | FILED |
| v. | : | Dec 11  4 01 PM '03 |
| Brenda Snider, | : | CIVIL NO: 3:01CV00991 (JBA) |
| Defendant. | : | December 9, 2003 |

U.S DISTRICT COURT
NEW HAVEN, CONN.

### SATISFACTION OF JUDGMENT

The judgment in the above-captioned case has been paid in full, the Clerk of the United States District Court for the District of Connecticut is hereby authorized and empowered to satisfy and cancel said judgment of record.

RESPECTFULLY SUBMITTED,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ Christine Sciarrino/*

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
P. O. BOX 1824
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL NO. CT03393

### C E R T I F I C A T I O N

This is to certify that a copy of the within and foregoing Satisfaction of Judgment was mailed, postage prepaid, on December 9, 2003.

Brenda Snider
45C Sky Hollow Ct.
Oakville, CT  06779-2429

*/s/ Christine Sciarrino/*

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY